BRIDGET QUINN, as Administratrix of PATRICK P. QUINN, Deceased, Appellant, *v.* WILLIAM P. BAIRD, Respondent.

*Quinn* v. *Baird*, 49 App. Div. 270, affirmed.
(Argued October 21, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Richard T. Greene* for appellant.

*J. Woolsey Shepard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

ALBERT MEISLAHN, JR., Respondent, *v.* IRVING NATIONAL BANK, Appellant.

*Meislahn* v. *Irving Nat. Bank*, 62 App. Div. 231, affirmed.
(Argued October 21, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Grant C. Fox* and *Ashbel P. Fitch* for appellant.

*Charles D. Ridgway* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.